**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6842**

_____

SERGIO GONSALEZ,

Plaintiff - Appellant,

versus

SERGEANT HERNANDEZ,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.   Graham C. Mullen, Chief
District Judge.   (CA-00-5-1-MU)

_____

Submitted:  August 30, 2000        Decided:  September 11, 2000

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sergio Gonsalez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sergio Gonsalez appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gonsalez v. Hernandez, No. CA-00-5-1-MU (W.D.N.C. May 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED